# United States Court of Appeals for the Fifth Circuit

————————

No. 24-40772
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
June 20, 2025

Lyle W. Cayce
Clerk

Larry Bryant,

*Plaintiff—Appellant*,

*versus*

Texas City ISD,

*Defendant—Appellee*.

————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:24-CV-116

————————————————————

Before Southwick, Higginson, and Willett, *Circuit Judges*.

Per Curiam:[*]

Larry Bryant appeals the dismissal of his employment discrimination action. Because the judgment was entered on October 22, 2024, he had until November 21, 2024, to file a timely notice of appeal. *See* 28 U.S.C. § 2107(a). However, Bryant did not file his notice until November 25, 2024, and he was denied an extension of time to appeal. Accordingly, we lack jurisdiction. *See*

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40772

*Hamer v. Neighborhood Hous. Servs. of Chi.*, 583 U.S. 17, 19 (2017). The appeal is DISMISSED, *see Bowles v. Russell*, 551 U.S. 205, 213 (2007), and Bryant's motions for leave to proceed in forma pauperis and for appointment of counsel are DENIED.